UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KENDAVIUS JAMAR JONES** | **CIVIL ACTION NO. 23-996** |
| **VERSUS** | **JUDGE EDWARDS** |
| **CITY OF ALEXANDRIA LOUISIANA ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Amended Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 47), considering the objections thereto, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend (Doc. 23) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants' first Motion to Dismiss (Doc. 15) is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that Defendants' second Motion to Dismiss (Doc. 35) is **GRANTED** and Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** this 30th day of September, 2025.

_____
**JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT**